IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF THE | § |
| PETITION OF PETER | § No. 116, 2019 |
| KOSTYSHYN FOR A WRIT OF | § |
| MANDAMUS | § |

Submitted: March 28, 2019
Decided: April 2, 2019

**ORDER**

On March 12, 2019, the petitioner, Peter Kostyshyn, filed a petition for a writ of mandamus directing the Superior Court to release him immediately to Level III supervision. On March 12, 2019, the Senior Court Clerk issued a notice directing Kostyshyn to show why this appeal should not be dismissed based on: (i) his failure to comply with this Court's July 16, 2013 order requiring him to include the filing fee or a properly completed motion to proceed *in forma pauperis* with *pro se* filings relating to his criminal cases; and (ii) his failure to state a basis for the issuance of a writ of mandamus. Kostyshyn failed to respond to the notice to show cause within the required the ten-day period, making dismissal deemed to be unopposed.

This is the third proceeding Kostyshyn has instituted in this Court relating to his alleged violation of probation in 2018.[1] If Kostyshyn files any additional

---

[1] *Kostyshyn v. State*, 2019 WL 327961, at *1 (Del. Jan. 23, 2019) (dismissing interlocutory appeal regarding Kostyshyn's competency for a contested violation of probation hearing); *In re Kostyshyn*, No. 115, 2019 (interlocutory appeal from the Superior Court's February 21, 2019 rulings).

interlocutory appeals or writs in this Court relating to this violation of probation, the Clerk is directed not to docket such filings absent leave of the Court.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(c), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice